**Order entered November 24, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00927-CV

### IN RE NATHAN NATHANIEL RENDER, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-45177-TU**

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's October 21, 2020 petition for writ of mandamus.

/s/    LANA MYERS
       JUSTICE